RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 APR 10 PM 12:11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

23-CV-1170
SCC

__Enrique Suárez Cornier__
Full name of plaintiff
*Nombre completo del demandante*

v.

__Administración de Corrección__
_____
_____

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        ( ) Yes *(Sí)*                    (X) No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* _____N/A_____

   _____

   Defendant(s)
   *Demandado(s)* _____

   _____N/A_____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____N/A_____

3. Docket number.
   *Número asignado.* _____N/A_____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____N/A_____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____N/A_____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____N/A_____

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____ N/A _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (X) Yes *(Sí)*            ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (X) Yes *(Sí)*            ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         Solicitar el estímulo económico Federal

      2. What was the result?
         *¿Cuál fue el resultado?*

         No han contestado

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      _____

      _____

42:1983                              -3-

E.  If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*          ( ) No

F.  If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

Solicitar que intersedieron por mi derecho

2. What was the result?
*¿Cuál fue el resultado?*

Me dijeron que hiciera mas remedios

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A.  Name of plaintiff
*Nombre del demandante*   Enrique Juárez Cornier

Address
*Dirección*   Institucion Ponce 1000 3P-13
Box 3699 PBP. Ponce, PR. 00728-1504

42:1983                        -4-

Peticionarios

Kermit Rodriguez Seda 3P-109
Daniel Mendez Rivera 3P-212
Jose Delgado Cestero -3P-201
Manuel Rodriguez Cruz - 3P-202
Manuel Muñoz Barriento 3P-213
Ismael Roman Llacua 3P-101
Elvis Perez Perez 3P-102
Antonio Rodriguez Pagan 3P-103
Luis A. Perez Hemlin 3P-104
Jonathan Garcia Rosas 3P-107
Adolfo Santiago Torres 3P-108
Angel Alicea Hernandez 3P-110
Carlos Gonzalez Oliver 3P-114
Luis Mora Rodriguez 3P-211

Institución Ponce 1000 3P-
P.O. Box 3499 Ponce By Pass
Ponce, P.R. 00733-1504

Esta dirección es para todos los peticionarios

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant
Demandado ___Administracion de Correccion___

is employed as
está empleado como _____

at
en ___Box 71308, San Juan, PR. 00936___

IV. Statement of Claim.
*Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

Llenamos formulario para recibir estímulo Federal en noviembre 2021, por medio de los sociales quienes nos informaron que en enero 2022 lo recibiríamos lo cual no ha sucedido.

42:1983                                    -5-

V.  Request for Relief.
    *Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Que se nos dé el dinero inmediatamente, y con intereses

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __27__ day of __febrero__ of __2023__.
         (día)              (mes)              (año)

x _Enrique Suárez Cmi___
Plaintiff's signature
*Firma del demandante*

42:1983                          -6-